No. 11–9045.  MERTENS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–904.  SMITH ET VIR *v.* ABN AMRO MORTGAGE GROUP, INC., ET AL.  C. A. 6th Cir.  Motion of respondents for leave to file a brief in opposition under seal with redacted copies for the public record granted.  Motion of petitioners for leave to file a reply brief under seal with redacted copies for the public record granted.  Certiorari denied.

No. 11–8602.  CHING *v.* WARNER BROTHERS STUDIOS FACILITIES, INC.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–8934.  SOREIDE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8944.  RADFORD *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–8954.  TROBEE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–745.  IGARASHI *v.* SKULL AND BONES ET AL., 565 U. S. 1200;

No. 11–5406.  KAY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 565 U. S. 1115;

No. 11–7287.  SHABAZZ *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 565 U. S. 1162;

No. 11–7357.  KURTZEMANN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 565 U. S. 1163;

No. 11–7361.  GARDNER *v.* UNITED STATES, 565 U. S. 1129;

No. 11–7404.  HUDSON *v.* DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICE, 565 U. S. 1165; and

No. 11–7406.  HENDRICKS *v.* SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE AND PARDON SERVICES, 565 U. S. 1165. Petitions for rehearing denied.